

IN THE
TENTH COURT OF APPEALS

No. 10-13-00138-CV

**MIDSTATE ENVIRONMENTAL SERVICES, LP
AND JOHN DOE EMPLOYEE OF MIDSTATE
ENVIRONMENTAL SERVICES, LP,**

Appellants

v.

**KAYCI PETERSON, INDIVIDUALLY AND AS
NEXT FRIEND OF G.P., W.P., AND G.P.,**

Appellee

**From the 82nd District Court
Falls County, Texas
Trial Court No. 12-08-38275-CV**

**O R D E R**

Appellant's Motion to Supplement Appellant's Brief is granted. Appellant's

Supplemental Brief was filed January 30, 2014.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed February 20, 2014